■ In the Matter of MORRIS SINGER, Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant.— Same decision and like cause of action as in companion case of Matter of Amigone v. New York State Liq. Auth. (12 A D 2d 993). (Appeal from order of Erie Special Term directing the renewal of petitioner's expired liquor license and annulling the cancellation of his existing license.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ RALPH L. SCHOOLEY, Doing Business as R. L. SCHOOLEY PIPE LINE EXCAVATING CONTRACTORS, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant, et al., Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ ROLAND R. BENZOW, Individually and as District Councilman of the City of Buffalo, Appellant, v. JOSEPH J. COOLEY, as City Clerk of the City of Buffalo, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) ALICE C. LAGOE, as Limited Administratrix of the Estate of JOHN H. LAGOE, Deceased, Respondent, v. CITY OF OSWEGO et al., Defendants, and E. I. DU PONT DE NEMOURS AND COMPANY, Appellant. (B) AGNES SCHLOOP, Appellant, v. STATE OF NEW YORK, Respondent. (C) In the Matter of the Probate of the Will of MARY L. CRESSEY, Deceased. BRIDGET McGARRY et al., Appellants; ELIZABETH CONNAUGHTON et al., Respondents. (D) In the Matter of FRANK ZIOLKOWSKI, Respondent, v. BENEDICT T. HOLTZ et al., Constituting the Town Board of the Town of Cheektowaga, Appellants.— [In each action] Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. SMITH, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.